IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-52-7 |
| FIDENCIO GALLEGOS | § | |

**O R D E R**

Defendant Gallegos filed an unopposed motion to continue the sentencing hearing (Docket Entry No. 796). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 27, 2009, at 9:00 a.m.**

SIGNED on January 26, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge