IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-06-52-7 |
| | § | |
| FIDENCIO GALLEGOS | § | |

**O R D E R**

The defendant, Fidencio Gallegos, filed an unopposed motion to continue the sentencing hearing. (Docket Entry No. 947). The motion for continuance is granted. The sentencing hearing is reset to **December 2, 2010,** at 9:00 a.m.

SIGNED on September 17, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge